# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF EASTERN CALIFORNIA

| | | |
|---|---|---|
| Willington Tafur (A# 240056496), | **)** | Case No. 1:26-cv-00907-DC-EFB |
| | **)** | |
| Petitioner, | **)** | |
| | **)** | **[PROPOSED] ORDER** |
| v. | **)** | |
| | **)** | |
| Warden of the California City | **)** | |
| Detention Facility, et al. | **)** | |
| | **)** | |
| Respondents. | **)** | |

This matter is before the Court on Petitioner's Motion to Stay Briefing Schedule Pending Decision on Petitioner's Motion for Limited Discovery. ECF No. 12.

Having fully considered Petitioner's motion, and good cause appearing, Petitioner's Motion to Stay Briefing Schedule Pending Decision on Petitioner's Motion for Limited Discovery is hereby GRANTED.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion to Stay Briefing Schedule Pending Decision on Petitioner's Motion for Limited Discovery is **GRANTED**. The briefing schedule set forth previously by this Court, *see* ECF No. 7 at 2, is suspended until this Court issues a decision on Petitioner's Motion for Limited Discovery (ECF No. 10). If the Court grants the discovery request, a new briefing schedule will be issued at that time.

**IT IS FURTHER ORDERED** that, if the Court denies the discovery request, Petitioner shall file a reply in support of his petition for habeas corpus **no later than**

ORDER - 1 (1:26-cv-00907-DMC-EFB)

**fourteen (14) days** after a decision is issued on his discovery request (ECF No. 10).

Alternatively, Petitioner may file an amended petition for a writ of habeas corpus pursuant to Federal Rule of Civil Procedure 15 **no later than fourteen (14) days** after a decision is issued on his discovery request (ECF No. 10) if that request is denied.

Dated: March 24, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

ORDER - 2 (1:26-cv-00907-DMC-EFB)