UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLINGTON TAFUR,<br>(A No. 240-056-496),<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OF THE CALIFORNIA CITY<br>DETENTION FACILITY, et al.,<br><br>　　　　Respondents. | No.  1:26-cv-0907-DC-EFB (HC)<br><br><br>ORDER |

Petitioner, an immigration detainee proceeding through counsel with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, has requested this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that respondents shall notify this court, within fourteen days, whether they have any objection to the dismissal of this action.  Should respondents fail to respond, petitioner's request will be granted pursuant to Fed. R. Civ. P. 41(a). *See* Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

Dated: April 27, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1