UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLINGTON TAFUR,<br>Petitioner,<br>v.<br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br>Respondents. | No. 1:26-cv-00907-DC-EFB (HC)<br><br>FINDINGS AND RECOMMENDATIONS |

Petitioner, an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeks permission to dismiss this action as moot following his deportation. ECF No. 15. Respondents have no objection to dismissal. ECF No. 17.

It is hereby RECOMMENDED that petitioner's motion to dismiss (ECF No. 15) be GRANTED, the case be dismissed without prejudice, and the Clerk of Court be directed to close the case. Fed. R. Civ. P. 41(a)(2).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the

objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991)

Dated: September 2, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE